DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellant,

v.

**HUGHES RESTORATION GROUP, INC.,** a/a/o Lucia Victorero,
Appellee.

No. 4D2022-2788

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE18-022199.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellant.

Jason L. Scarberry of McFarlane Law, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***